**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larry J. Felton, ) | No. CV-07-2469-PHX-NVW |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| TLC Transportation Staff, Inc., ) | |
| Defendant. ) | |

The undersigned has received and reviewed the parties' Stipulation to Vacate Settlement Conference Hearing. (docket #27)

For good cause shown,

**IT IS ORDERED vacating** the Settlement Conference set before the undersigned for May 16, 2008.

DATED this 7th day of May, 2008.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge